

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/05/2024 09:30 AM

COURTROOM 4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-02681-JAB | 13 | 09/04/2024 |

Chapter 13

**DEBTOR:** Pearline Hamilton

**DEBTOR ATTY:** Douglas Higginbotham

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing
-Chapter 13 Plan Filed by Douglas C Higginbotham on behalf of Debtor Pearline Hamilton Doc 3
-Objection to Confirmation of Plan re: 2021 Mercedes-Benz GT43C4 Filed by Chad D Heckman on behalf of Creditor
           Mercedes-Benz Financial Services USA LLC Doc 14
-Objection to Confirmation of Plan re: 2022 Mercedes-Benz GLS Filed by Chad D Heckman on behalf of Creditor Mercedes-Benz
           Financial Services USA LLC dOC 15

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** B/C rescheduled to January 7, 2025 @ 9:30 a.m. AOCNFN
Confirmation Hearing


-Chapter 13 Plan Filed by Douglas C Higginbotham on behalf of Debtor Pearline Hamilton Doc 3

-Objection to Confirmation of Plan re: 2021 Mercedes-Benz GT43C4 Filed by Chad D Heckman on behalf of Creditor Mercedes-Benz Financial Services USA LLC Doc 14

-Objection to Confirmation of Plan re: 2022 Mercedes-Benz GLS Filed by Chad D Heckman on behalf of Creditor Mercedes-Benz Financial Services USA LLC dOC 15
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.